UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  ) Case no. 04-22555
CRC International )
 )
 )
Debtor. )

## INITIAL REPORT OF TRUSTEE IN ASSET CASE

To:    Honorable __John H. Squires__, Bankruptcy Judge

By:    __Brenda Porter Helms__, Trustee

The Trustee named above hereby reports as follows with respect to the above captioned chapter 7 case:

1. REPORT OF §341 MEETING:

   a) Date §341 scheduled __8/3/04__.
   b) {   } concluded above date    {   } concluded on _____
      {   } Debtor(s) never appeared.
   c) {✓} The attorney for the Debtor appeared  {   } did not appear at the §341.

2. STATEMENT CONCERNING ASSETS:

   {✓} The Trustee has found assets in this estate to be administered for the benefit of creditors, or
   {   } The Trustee is continuing to investigate assets in this estate.

3. ASSET NOTICE TO CREDITORS:

   {   } An asset notice was sent to creditors.
   {✓} An asset notice has not previously been sent to creditors.

   IF NOTICE NOT PREVIOUSLY SENT:

   {✓} The Trustee requests that such notice be sent to creditors, or
   {   } the Trustee recommends notice be delayed until all assets are liquidated.

WHEREFORE, the Trustee submits this as his initial report to the United States Trustee and the Court in the above captioned case.

Dated: __9/16/04__    Signed: __BPHelms__
                                   Trustee

ORIGINAL - COURT COPY

Printed on Recycled Paper