UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                              CHAPTER 7

CRC INTERNATIONAL INC                                CASE NO. 04-22555

Debtor(s).                            HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,470.91 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $45,233.53 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $65,672.62 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $122,377.06 |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11.470.91 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $10.480.66 | $10,480.66 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $84.80 | $84.80 |
| | Alan D. Lasko & Associates P.C. Accountant for Trustee Fees | $890.80 | $890.80 |
| | Alan D. Lasko & Associates. P.C. Accountant for Trustee Expenses | $14.65 | $14.65 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $2,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 45,233.53 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 21 | Laborer's Pension Fund Contributions to Employee Benefit Plans-- 507 | $45,233.53 | $45,233.53 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $2,000 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 299,233.44 | 21.9% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 20B | Department Of Treasury - Internal Revenue<br>Internal Revenue Service Tax Liens | $233,933.73 | $65,672.62 |
| 1B | Illinois Dept Of Employment Security<br>State and Local Tax Liens | $65,299.71 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 72,127.79 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 20A | Dept Of Treasury - Internal Revenue<br>Claims of Governmental Units-507 | $28,909.39 | $0.00 |

| | | | |
|---|---|---|---|
| 1 | Illinois Dept Of Employment Security<br>Claims of Governmental Units-507 | $43,218.40 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 129,080.80 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 17 | Capitol Indemnity Corp<br>General Unsecured 726 | $13,414.29 | $0.00 |
| 6 | Fringe, Fox Valley Construction Workers<br>General Unsecured 726 | $914.07 | $0.00 |
| 21A | Fund, Laborers Pension<br>General Unsecured 726 | $51,368.10 | $0.00 |
| 2 | Nicor Gas<br>General Unsecured 726 | $333.70 | $0.00 |
| 10 | Ironworkers Local #465 Heath &<br>General Unsecured 726 | $459.42 | $0.00 |
| 8 | Lake County Plasterers<br>General Unsecured 726 | $1,031.25 | $0.00 |

| | | | |
|---|---|---|---|
| 9 | Lake County Plasterers<br>General Unsecured 726 | $4,937.17 | $0.00 |
| 4 | Lake County Plasters<br>General Unsecured 726 | $1,099.75 | $0.00 |
| 5 | Lake County Plasters<br>General Unsecured 726 | $3,139.72 | $0.00 |
| 16 | Palatine Oil Co<br>General Unsecured 726 | $11,283.51 | $0.00 |
| 18 | Results One Financial LLC<br>General Unsecured 726 | $13,166.00 | $0.00 |
| 14 | Elmhurst Chicago Stone<br>General Unsecured 726 | $27,012.57 | $0.00 |
| 7 | Fox Valley Construction Workers<br>General Unsecured 726 | $921.25 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 17,984.90 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 19 | Gem Construction<br>Tardy General Unsecured 726 | $17,984.90 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/Penalties | $ 8,917.18 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1A | Illinois Dept Of Employment Security Fines. Penalties726 | $.310.00 | $0.00 |
| | Department of Treasury, Internal Revenue Service, Fines. Penalties 726 | $8,607.18 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 11 | Dept of Treasury IRS, Centralized Insolvency, POB 21126, Philadelphia PA 19114 | $202,131.84 | Disallowed |
| Secured | 12 | Dept of Treasury, IRS, Centralized Insolvency, POB 21126, Philadelphia PA 19114 | $171,472.41 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: ___5/19/08_____          /s/ Brenda Porter Helms
                                    Trustee