IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 7 CASE |
| ) | |
| CRC INTERNATIONAL INC ) | CASE NO. 04-22555 |
| ) | |
| Debtor(s) ) | Hon. JOHN SQUIRES |
| ) | BANKRUPTCY JUDGE |
| ) | |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE JOHN SQUIRES
     BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 15th day of June, 2004. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of January 30, 2008 is as follows:

   a.   RECEIPTS (See Exhibit C)                $ 144,613.21
   b.   DISBURSEMENTS (See Exhibit C)            $ 22,236.15

    c.      NET CASH available for distribution    $ 122,377.06

    d.      ADMINISTRATIVE EXPENSES:

| | | |
|---|---|---:|
| 1. | Trustee compensation requested (See Exhibit E) | $10,480.66 |
| 2. | Trustee Expenses (See Exhibit E) | $84.80 |
| 3. | Compensation and reimbursement of expenses requested by attorney or other professionals for trustee (See Exhibit F) | $905.45 |

5. The Bar Date for filing unsecured claims expired on July 26, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims (tax liens) | $299,233.44 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $11,470.91 |
| c. | Allowed Chapter 11 administrative Claims | $0.00 |
| d. | Allowed priority claims | $117,361.32 |
| e. | Allowed unsecured claims | $81,638.70 |
| f. | Other: Penalties | $8,917.18 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $21,946.96. Trustee's attorneys', accountants', or other professionals' compensation and reimbursement of expenses requested but not yet allowed is $905.45. The total of Chapter 7 professional fees and expenses requested for final allowance is $22,852.41. (See Exhibit G).

9. A fee of $5,000.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: ___1/31/08___

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the petition, schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors (1 hour). The Trustee had numerous discussions with Vincent Robertelli, debtor's pre-petition attorney and the debtor's bankruptcy counsel, Gina Krol, regarding the status of IRS collection efforts, the death of Luca Bavaro and Josephine Bavaro's appointment as executor of his estate (2.0 hours)

The Trustee attempted to collect the accounts receivable by sending out demand letters to the account debtors (1.5 hours). The Trustee obtained a valuation of the debtor's machinery, equipment and vehicles from American Auction Associates (2 hours).

The Trustee issued a bar date notice for claims (.5 hours) and after the bar date passed reviewed all claims filed (1.8 hours). She authorized her attorney to file objections to three claims. The Trustee corresponded with the IRS regarding the estimated amounts on their claim and after numerous discussions with B. Daniels and the filing of an objection to claim (1.8 hours). The Trustee conferred with her counsel and conducted legal research regarding the priority of claims filed by lien holders (2.4 hours).

The Trustee discussed with her counsel the pre-petition transfers of money to Josephine Bavaro and authorized him to initiate an adversary proceeding to recover said funds (1.8 hours). The Trustee monitored the litigation proceedings and evaluated various offers and counteroffers and discussed same with her counsel (4.1 hours).

The Trustee has maintained all the funds in a segregated, interest bearing account and has reconciled and monitored said account on a monthly basis (1 hour). The Trustee has also included this case in her annual trustee reports for the years 2005 through 2007 and responded to numerous inquiries from creditors, the debtor and others regarding the case (4 hours).

The Trustee has prepared the final report in this case (4 hours). The Trustee anticipates she will respond to any issues raised by the Office of U.S. Trustee regarding the form of the Final Report (.5 hours). The Trustee will appear in Court at the hearing on applications for compensation (.5 hours), will transfer the funds into a non-interest bearing account, prepare the Final Distribution Report to be filed with the Court, obtain UST approval for same and issue the final distribution checks (3 hours). The Trustee will monitor the monthly bank statements until all checks have cleared, deposit any uncashed checks with the Clerk of the Court and file a Final Account to close the case (2.5 hours).

34.4 hours @$300= $10,320

## EXHIBIT A

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property & Disposition | Amount Abandoned |
|---|---|
| See attached Individual Estate Property Record | |
| Property abandoned or to be abandoned: | |
| 2001 Ford F750XL – lien exceeds retail value of | $15,000.00 |
| Midwest Bank account – subject o IRS levy | $2,049.48 |
| V&R Client trust account of | $1,000.00 |
| TOTAL AMOUNT ABANDONED: | $18,049.48 |

Unscheduled Property

Post petition interest of $3,645.98
Refund from Ford Credit of overpayment of lien of $1,754.41
Adversary proceeding v. J. Bavaro resulting in $50,000.00

| | |
|---|---|
| TOTAL RECEIPTS | $144,613.21 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $18,049.48 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

EXHIBIT B

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 04-22555 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CRC INTERNATIONAL INC | | | Date Filed (f) or Converted (c): | 06/15/04 (f) |
| | | | | 341(a) Meeting Date: | 08/03/04 |
| For Period Ending: 01/30/08 | | | | Claims Bar Date: | 07/26/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. Escrow Account | 54,102.82 | 54,402.82 | | 54,102.82 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,645.98 | Unknown |
| 3. ACCOUNTS RECEIVABLE | 283,527.81 | 0.00 | | 7,110.00 | FA |
| 4. refund of overpayment (u) | Unknown | 0.00 | | 1,754.41 | FA |
| 5. Midwest Bank account | 2,049.48 | 0.00 | DA | 0.00 | FA |
| 6. V&R Client trust account | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 7. 2001 Sterling L7500 Included in sale of assets in #10 | 17,500.00 | 0.00 | | 0.00 | FA |
| 8. 2001 Ford F750XL | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 9. OFFICE EQUIPMENT, FURNISHINGS, AND Included in sale of assets in #10 | 400.00 | 0.00 | | 0.00 | FA |
| 10. MACHINERY, FIXTURES, AND BUSINESS E | 21,520.00 | 0.00 | | 28,000.00 | FA |
| 11. Cause of action v. Bavaro for fraudulent transfer (u) | Unknown | 50,000.00 | | 50,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $395,200.11 | $104,402.82 | | $144,613.21 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/05     Current Projected Date of Final Report (TFR): 04/30/08

/s/   BRENDA PORTER HELMS, TRUSTEE
_____ Date: 04/26/08
BRENDA PORTER HELMS, TRUSTEE

PFORM1                                                                                                      Ver 12.63

**ESTATE CASH RECEIPTS AND DISBURSEMENTS**

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-22555 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CRC INTERNATIONAL INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7038 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8437 | | |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/04 | 1 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd<br>Bloomingdale IL 60108 | turnover of bank account | 1129-000 | 54,102.82 | | 54,102.82 |
| 09/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.62 | | 54,104.44 |
| 10/23/04 | 3 | Maggio Co.<br>567 W. Algonquin Rd<br>Mt. Prospect IL 60056 | account receivable | 1121-000 | 1,000.00 | | 55,104.44 |
| 10/23/04 | 3 | Bloomingdale Township<br>123 N. Rosedale Rd<br>Bloomingdale IL 60108 | account receivable | 1121-000 | 2,870.00 | | 57,974.44 |
| 10/29/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.62 | | 57,979.06 |
| 11/03/04 | 4 | Ford Motor Credit<br>P.O. Box 1106<br>Westmont IL 60559 | refund of overpayment | 1290-000 | 1,754.41 | | 59,733.47 |
| 11/03/04 | 10 | Royal Concrete | sale of business assets | 1129-000 | 28,000.00 | | 87,733.47 |
| 11/10/04 | 3 | Walter Daniels Construction Co.<br>6316 N. Northwest Hwy<br>Chicago IL 60631 | account receivable | 1121-000 | 3,240.00 | | 90,973.47 |
| 11/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.77 | | 90,980.24 |
| 12/31/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 7.71 | | 90,987.95 |
| 01/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 7.73 | | 90,995.68 |
| 02/28/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 17.45 | | 91,013.13 |
| 03/17/05 | 000101 | International Sureties Ltd<br>Suite 1700<br>210 Baronne St<br>New Orleans LA 70112 | Trustee bond | 2300-000 | | 68.33 | 90,944.80 |
| 03/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.32 | | 90,964.12 |
| 04/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 18.69 | | 90,982.81 |
| 05/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.32 | | 91,002.13 |
| 06/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 18.70 | | 91,020.83 |
| 07/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.32 | | 91,040.15 |
| 08/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.40 | | 91,086.55 |
| 09/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 44.92 | | 91,131.47 |
| 10/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.44 | | 91,177.91 |
| 11/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 44.96 | | 91,222.87 |
| 12/12/05 | 000102 | Midwest Bank<br>927 Curtiss Street<br>Downers Grove IL 60515 | copying costs | 2990-000 | | 25.00 | 91,197.87 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.47 | | 91,244.34 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.51 | | 91,290.85 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 65.03 | | 91,355.88 |
| 03/15/06 | 000103 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 65.99 | 91,289.89 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 77.57 | | 91,367.46 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 75.09 | | 91,442.55 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 77.67 | | 91,520.22 |

PFORM24

Ver: 12.63

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 2

| Case No | 04-22555 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CRC INTERNATIONAL INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7038 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8437 | | |
| For Period Ending | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/06 | | Transfer to Acct #*******1930 | Bank Funds Transfer | 9999-000 | | 50,000.00 | 41,520.22 |
| 06/29/06 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 68.84 | | 41,589.06 |
| 06/29/06 | | Transfer to Acct #*******1930 | Final Posting Transfer | 9999-000 | | 41,589.06 | 0.00 |

PFORM24

Ver 12.63

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-22555 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CRC INTERNATIONAL INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1930 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8437 | | | |
| For Period Ending: | 01/30/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/06 | | Transfer from Acct #*******7038 | Bank Funds Transfer | 9999-000 | 50,000.00 | | 50,000.00 |
| 06/29/06 | | Transfer from Acct #*******7038 | Transfer In From MMA Account | 9999-000 | 41,589.06 | | 91,589.06 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 7.89 | | 91,596.95 |
| 07/14/06 | 000101 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountants fees | 3410-000 | | 4,319.10 | 87,277.85 |
| 07/14/06 | 000102 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountant expenses | 3420-000 | | 18.70 | 87,259.15 |
| 07/14/06 | 000103 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountant fees | 3410-000 | | 7,475.90 | 79,783.25 |
| 07/14/06 | 000104 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountant expenses | 3420-000 | | 34.94 | 79,748.31 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 95.80 | | 79,844.11 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 88.16 | | 79,932.27 |
| 09/21/06 | 11 | Josephine Bavaro | PARTIAL SETTLEMENT OF ADVERSARY | 1241-000 | 35,000.00 | | 114,932.27 |
| 09/21/06 | 11 | Gennaro Parisi | PARTIAL SETTLEMENT OF ADVERSARY | 1241-000 | 15,000.00 | | 129,932.27 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 102.38 | | 130,034.65 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 193.28 | | 130,227.93 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 187.31 | | 130,415.24 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 193.83 | | 130,609.07 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 194.13 | | 130,803.20 |
| 02/14/07 | 000105 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 10,047.50 | 120,755.70 |
| 02/14/07 | 000106 | Springer Brown Covey Gaertner & Davis | attorneys expenses | 3220-000 | | 50.82 | 120,704.88 |
| 02/27/07 | 000107 | International Sureties, Ltd | bond premium | 2300-000 | | 129.87 | 120,575.01 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 171.73 | | 120,746.74 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 179.49 | | 120,926.23 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 173.94 | | 121,100.17 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 179.99 | | 121,289.16 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 174.44 | | 121,454.60 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 180.52 | | 121,635.12 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 180.79 | | 121,815.91 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 175.21 | | 121,991.12 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 140.88 | | 122,132.00 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 120.46 | | 122,252.46 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 124.60 | | 122,377.06 |

Total Of All Accounts   122,377.06

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                                      CHAPTER 7

CRC INTERNATIONAL INC                                       CASE NO. 04-22555

Debtor(s).                                    HON. JOHN SQUIRES

## PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,470.91 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $45,233.53 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $65,672.62 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $122,377.06 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11.470.91 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $10,480.66 | $10,480.66 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $84.80 | $84.80 |
| | Alan D. Lasko & Associates P.C. Accountant for Trustee Fees | $890.80 | $890.80 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $14.65 | $14.65 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages. salaries or commissions. limited to $2,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 45,233.53 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 21 | Laborer's Pension Fund Contributions to Employee Benefit Plans-- 507 | $45,233.53 | $45,233.53 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $2,000 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 299,233.44 | 21.9% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 20B | Department Of Treasury - Internal Revenue<br>Internal Revenue Service Tax Liens | $233,933.73 | $65,672.62 |
| 1B | Illinois Dept Of Employment Security<br>State and Local Tax Liens | $65,299.71 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 72,127.79 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 20A | Dept Of Treasury - Internal Revenue<br>Claims of Governmental Units-507 | $28,909.39 | $0.00 |

| | | | |
|---|---|---:|---:|
| 1 | Illinois Dept Of Employment Security<br>Claims of Governmental Units–507 | $43,218.40 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 129,080.80 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| 17 | Capitol Indemnity Corp<br>General Unsecured 726 | $13,414.29 | $0.00 |
| 6 | Fringe, Fox Valley Construction Workers<br>General Unsecured 726 | $914.07 | $0.00 |
| 21A | Fund, Laborers Pension<br>General Unsecured 726 | $51,368.10 | $0.00 |
| 2 | Nicor Gas<br>General Unsecured 726 | $333.70 | $0.00 |
| 10 | Ironworkers Local #465 Heath &<br>General Unsecured 726 | $459.42 | $0.00 |
| 8 | Lake County Plasterers<br>General Unsecured 726 | $1,031.25 | $0.00 |

| | | | |
|---|---|---:|---:|
| 9 | Lake County Plasterers<br>General Unsecured 726 | $4,937.17 | $0.00 |
| 4 | Lake County Plasters<br>General Unsecured 726 | $1,099.75 | $0.00 |
| 5 | Lake County Plasters<br>General Unsecured 726 | $3,139.72 | $0.00 |
| 16 | Palatine Oil Co<br>General Unsecured 726 | $11,283.51 | $0.00 |
| 18 | Results One Financial LLC<br>General Unsecured 726 | $13,166.00 | $0.00 |
| 14 | Elmhurst Chicago Stone<br>General Unsecured 726 | $27,012.57 | $0.00 |
| 7 | Fox Valley Construction Workers<br>General Unsecured 726 | $921.25 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) Late unsecured Claims | $ 17,984.90 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| 19 | Gem Construction<br>Tardy General Unsecured 726 | $17,984.90 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/Penalties | $ 8,917.18 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1A | Illinois Dept Of Employment Security<br>Fines, Penalties 726 | $310.00 | $0.00 |
| | Department of Treasury, Internal Revenue Service<br>Fines, Penalties 726 | $8607.18 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 11 | Dept of Treasury IRS, Centralized Insolvency, POB 21126, Philadelphia PA 19114 | $202,131.84 | Disallowed |
| Secured | 12 | Dept of Treasury IRS, Centralized Insolvency, POB 21126, Philadelphia PA 19114 | $171,472.41 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____       _____