IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      )    NO. 04 B 22555
CRC INTERNATIONAL INC.                      )    HON. JOHN H. SQUIRES
                                            )    BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT:  COURTROOM 2000
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL 60187

   ON:  **June 27, 2008**                AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                        $144,613.21

   DISBURSEMENTS                                   $22,236.15

   NET CASH AVAILABLE FOR DISTRIBUTION  $122,377.06

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $10,480.66 | $84.80 |
| Alan D. Lasko & Associates, P.C. – Trustee's Accountant | $0.00 | $890.80 | $14.65 |

5. Laborer's Pension Fund filed a priority claim for contributions to pension and benefit plans in the amount of $45,233.53 and will be paid in full.

6. Internal Revenue Service and Illinois Dept of Employment Security filed tax lien claims in the amount of $233,933.73 and $65,299.71, respectively.  Since the IRS lien was filed first, it will receive a distribution of $65,672.62.  IDES will receive no distribution on its tax lien claim.

7. The following priority claims were filed in this case, but will receive no distribution:

    | | |
    |---|---|
    | Dept of Treasury | $28,909.39 |
    | Illinois Dept of Employment Security | $43,218.40 |

8. General unsecured creditors filed the following claims totaling $129,080.80, but will receive no distribution on their claims:

    | Creditor | Amount of Claim | Amount of Distribution |
    |---|---|---|
    | Capital Indemnity | $13,414.29 | $0.00 |
    | Fox Valley Constr | $914.07 | $0.00 |
    | Laborers Pension | $51,368.10 | $0.00 |
    | Nicor Gas | $333.70 | $0.00 |
    | Ironworkers Local | $459.42 | $0.00 |
    | Lake County Plaster | $1,031.25 | $0.00 |
    | Lake County Plaster | $4,937.17 | $0.00 |
    | Lake County Plaster | $1,099.75 | $0.00 |
    | Lake County Plaster | $3,139.72 | $0.00 |
    | Palatine Oil Co | $11,283.51 | $0.00 |
    | Results One Fin | $13,166.00 | $0.00 |
    | Elmhurst Chgo Stone | $27,012.57 | $0.00 |
    | Fox Valley Constr | $921.25 | $0.00 |

9. Gem Construction filed a late claim in the amount of $17,984.90 which will receive no distribution.

10. All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor is a corporation and did not receive a discharge.

                            For the Court:

Dated: **May 22, 2008**                        **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner, Clerk
                                                      United States Bankruptcy Court

Trustee:  Brenda Porter Helms
            3400 W. Lawrence Avenue
            Chicago IL 60625
            (773) 463-6427

## **SERVICE LIST**

**CRC INTERNATIONAL INC.**
**04 B 22555**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Alan D. Lasko
Alan D. Lasko & Associates
29 South LaSalle Street, Suite 1240
Chicago, IL  60603