IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                     )   NO. 04 B 22555
CRC INTERNATIONAL INC.                     )   HON. JOHN H. SQUIRES
                                           )   BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT: COURTROOM 2000
       DUPAGE COUNTY COURTHOUSE
       505 NORTH COUNTY FARM ROAD
       WHEATON, IL 60187

   ON: **June 27, 2008**            AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                          $144,613.21

   DISBURSEMENTS                                     $22,236.15

   NET CASH AVAILABLE FOR DISTRIBUTION   $122,377.06

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $10,480.66 | $84.80 |
| Alan D. Lasko & Associates, P.C. – Trustee's Accountant | $0.00 | $890.80 | $14.65 |

5. Laborer's Pension Fund filed a priority claim for contributions to pension and benefit plans in the amount of $45,233.53 and will be paid in full.

6. Internal Revenue Service and Illinois Dept of Employment Security filed tax lien claims in the amount of $233,933.73 and $65,299.71, respectively. Since the IRS lien was filed first, it will receive a distribution of $65,672.62. IDES will receive no distribution on its tax lien claim.

7. The following priority claims were filed in this case, but will receive no distribution:

   | | |
   |---|---|
   | Dept of Treasury | $28,909.39 |
   | Illinois Dept of Employment Security | $43,218.40 |

8. General unsecured creditors filed the following claims totaling $129,080.80, but will receive no distribution on their claims:

   | Creditor | Amount of Claim | Amount of Distribution |
   |---|---|---|
   | Capital Indemnity | $13,414.29 | $0.00 |
   | Fox Valley Constr | $914.07 | $0.00 |
   | Laborers Pension | $51,368.10 | $0.00 |
   | Nicor Gas | $333.70 | $0.00 |
   | Ironworkers Local | $459.42 | $0.00 |
   | Lake County Plaster | $1,031.25 | $0.00 |
   | Lake County Plaster | $4,937.17 | $0.00 |
   | Lake County Plaster | $1,099.75 | $0.00 |
   | Lake County Plaster | $3,139.72 | $0.00 |
   | Palatine Oil Co | $11,283.51 | $0.00 |
   | Results One Fin | $13,166.00 | $0.00 |
   | Elmhurst Chgo Stone | $27,012.57 | $0.00 |
   | Fox Valley Constr | $921.25 | $0.00 |

9. Gem Construction filed a late claim in the amount of $17,984.90 which will receive no distribution.

10. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor is a corporation and did not receive a discharge.

                                                                    For the Court:

Dated:  **May 22, 2008**                        **KENNETH S. GARDNER**
                                                             Kenneth S.Gardner, Clerk
                                                             United States Bankruptcy Court

Trustee:  Brenda Porter Helms
            3400 W. Lawrence Avenue
            Chicago IL 60625
            (773) 463-6427

## SERVICE LIST

### CRC INTERNATIONAL INC.
### 04 B 22555

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

Alan D. Lasko
Alan D. Lasko & Associates
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

04-22555    Doc 71    Filed 05/22/08    Entered 05/24/08 23:50:38    Desc Imaged
                      Certificate of Service    Page 5 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                    Date Rcvd: May 22, 2008
Case: 04-22555                 Form ID: pdf002              Total Served: 55

The following entities were served by first class mail on May 24, 2008.
db           +CRC International Inc,    30W230 Calumet Avenue West,    Warrenville, Il 60555-1516
aty          +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1507
aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
               Chicago, IL 60625-5104
8175562       Ameritech,    Bill Payment Center,    Chicago, IL 60663-0001
8175563      +Bracing Systems,    P.O. Box  517,    Bloomingdale, IL 60108-0517
8175565       CMD Construction,    1 Omni Drive,    East Saint Louis, IL 62206-1446
9413195      +Capitol Indemnity Corporation,    900 Skokie Blvd #208,    Northbrook, IL 60062-4031
8175564      +Chicago District of Carpenters,    P.O. Box 94432,    Chicago, IL 60690-4432
8175566       Cofax Business Systems,    1225 West Bauer Road,    Naperville, IL 60563-1132
8175568      +Concrete Contractors Association,    800 Enterprise Drive Suite 124,    Oak Brook, IL 60523-1929
8175569      +DuPage County Cement Mason Fringe,    240 West St. Charles Road,    Villa Park, IL 60181-2401
8175570      +Elmhurst Chicago Stone,    P.O. Box 57,    Elmhurst, IL 60126-0057
8175571      +Emalfarb, Swan & Bain,    440 Central Avenue,    Highland Park, IL 60035-2651
8175572       Ford Credit,    P.O. Box 1106,    Westmont, IL 60559-8306
8175573       Ford Motor Credit,    P.O. Box 1106,    Westmont, IL 60559-8306
8873094       Fox Valley Construction Workers,    Fringe Benefits Funds,    Beverly P Alfon,
               Baum Sigman Auerbach & Neuman Ltd,    200 W Adams St. Ste 2200,    Chicago, IL 60606-5231
8175574      +Gem Construction,    c/o Rochard A De; Giudice,    221 n LaSalle St Ste 2200,
               Chicago, IL 60601-1502
8175575      +Giagnorio & Robertelli,    135 South Bloomingdale Road,    Bloomingdale, IL 60108-1238
8175577       I Dept. of Employment Security,    P.O. Box 802551,    Chicago, IL 60680-2551
8175578      +IL Dept. of Revenue,    Bankruptcy Division,    100 W. Randolph Street,    Chicago, IL 60601-3218
8175579     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8398723      +Illinois Dept of Employment Security,    Attorney General Section 7th Fl,    33 S State St,
               Chicago, IL 60603-2802
8992453      +Ironworkers Local #465 Health and Welfare,    c/o Cavanagh & O’Hara,    407 East Adams,
               PO Box 5043,    Srpingfield, IL 62705-5043
8175581       Itasca Bank & Trust,    308 West Irving Park Road,    Itasca, IL 60143-2193
9317625       Laborers Pension Funds,    Idalha H Strouse,    Law offices of Marc M Pekay,
               30 N LaSalle St Ste 2426,    Chicago, IL 60602-2504
8175582      +Laborers Pension Funds,    c/o Marc M. Pekay, PC,    30 North LaSalle Suite 2426,
               Chicago, IL 60602-2504
8175583       Laborers Work Dues Fund,    P.O. Box 88002,    Chicago, IL 60680-1002
12123203     +Laborers’ Pension and Welfare Fund,    111 W Jackson Ste 1415,    Chicago, IL 60604-3868
12123196     +Laborers’ Pension and Welfare Funds,    111 West Jackson Blvd., Suite 1415,
               Chicago, IL 60604-3868
8873122       Lake County Plasterers and Cement Masons Fringe,    Beverly P Alfon,
               Baum Sigman, Auerbach & Neuman Ltd,    200 W Adams Street, Ste 2200,    Chicago, IL 60606-5231
8175584       Lake County Plasters,    c/o Karl E. Masters,    200 West Adams Suite 2200,
               Chicago, IL 60606-5231
8175585      +Local # 465, Iron Workers Disbur. F,    c/o Administrative Procedures,    2111 West Lincoln Highway,
               Merrillville, IN 46410-5334
8175586      +Local #1, Structural Iron Workers,    7700 West Industrial Drive,    Forest Park, IL 60130-2520
8175587      +Local #362, Lake County,    P.O. Box 92871,    Chicago, IL 60675-0001
8175588      +Local #444, Iron Workers,    2082 Oak Leaf Street,    Joliet, IL 60436-1872
8175589       Local #502, Cement Masons Union,    135 South LaSalle Dept 1842,    Chicago, IL 60674-1842
8175590      +Local #803, Cement Masons Benefit F,    c/o Donald Schwartz,    19 West Jackson Blvd,
               Chicago, IL 60604-3926
8175591      +Mazyar M. Hedayat & Associates,    One Tower Lane Suite 1700,    Villa Park, IL 60181-4631
8175592       McCann,    250 East Frontage Road,    Bolingbrook, IL 60440
8175593       Nextel Communications,    Customer Care,    P.O. Box 4181,    Carol Stream, IL 60197-4181
8175595      +Ozinga Chicago,    2255 South Lumber Street,    Chicago, IL 60616-2198
8175596      +Ozinga Transportaion Systems, Inc,    P.O. Box 750,    Hazel Crest, IL 60429-0750
8175597      +Ozinga, Illinois,    18825 South Old LaGrange Road,    Mokena, IL 60448-8350
8175598      +Palatine Oil Co, Inc,    P.O. Box 985,    Palatine, IL 60078-0985
8175599      +Results One Financial, LLC,    945 Oak Lawn,    Elmhurst, IL 60126-1012
8175600      +Risk Control Services,    P.O. Box 19300,    Raleigh, NC 27619-9300
8175601      +Safety Meeting Outlines,    P.O. Box 700,    Frankfort, IL 60423-0700
8175602       St Paul Travelers,    215 Shuman Blvd,    Naperville, IL 60563-8458
8175603      +Super Mix, Inc,    5435 Bull Valley Road Suite 130,    Mchenry, IL 60050-7433
8175604       West Chicago Bandag & Associates,    1150 Atlantic Drive,    West Chicago, IL 60185-5103

The following entities were served by electronic transmission on May 23, 2008.
8175567       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
8434106      +E-mail/Text: bankrup@nicor.com                                  Nicor Gas,    PO Box 549,
               Aurora, IL 60507-0549
8175594       E-mail/Text: bankrup@nicor.com                                  Nicor Gas,    P.O. Box 2020,
               Aurora, IL 60507-2020
                                                                                             TOTAL: 3
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 22, 2008
Case: 04-22555                Form ID: pdf002          Total Served: 55

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8175576         Grange Insurance,   650 South Front Street,   Columbus, MO 63206
8175580*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court:   Department of the Treasury-Internal Revenue Servic,
                  Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
                                                                                            TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2008**              **Signature:**   *Joseph Speetjens*