IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRC INTERNATIONAL, INC.        )   NO. 04-22555
                               )   HON. JOHN H. SQUIRES.
                               )   BANKRUPTCY JUDGE

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO:  The Honorable John H. Squires
     United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report. copies of which are attached hereto as Group Exhibit A.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated:  October 14. 2008                    /s/ Brenda Porter Helms
                                            _____
                                            Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE: CHAPTER 7

CRC INTERNATIONAL INC CASE NO. 04-22555

     Debtor(s). HON. JOHN SQUIRES

## AMENDED FINAL DISTRIBUTION REPORT

  I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $11,470.91 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $45,233.53 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $65,951.41 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $122,655.85 |

*Group Exhibit A*

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $11,470.91 | 100 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $10,480.66 | $10,480.66 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $84.80 | $84.80 |
| | Alan D. Lasko & Associates P.C. Accountant for Trustee Fees | $890.80 | $890.80 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $14.65 | $14.65 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $2,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 45,233.53 | 100 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 21 | Laborer's Pension Fund Contributions to Employee Benefit Plans-- 507 | $45,233.53 | $45,233.53 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $2,000 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 299,233.44 | 22% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 20B | Department Of Treasury - Internal Revenue Service Tax Liens | $233,933.73 | $65,951.41 |
| 1B | Illinois Dept Of Employment Security State and Local Tax Liens | $65,299.71 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 76,053.79 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 20A | Dept Of Treasury - Internal Revenue Claims of Governmental Units-507 | $28,909.39 | $0.00 |

| | | | |
|---|---|---|---|
| 1 | Illinois Dept Of Employment Security<br>Claims of Governmental Units-507 | $43,218.40 | $0.00 |
| 15 | Illinois Dept Of Revenue<br>Claims of Governmental Units-507 | $3,926.00 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 129,080.80 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 17 | Capitol Indemnity Corp<br>General Unsecured 726 | $13,414.29 | $0.00 |
| 6 | Fox Valley Construction Workers Fringe Benefit Plans<br>General Unsecured 726 | $914.07 | $0.00 |
| 21A | Laborers Pension Fund<br>General Unsecured 726 | $51,368.10 | $0.00 |
| 2 | Nicor Gas.<br>General Unsecured 726 | $333.70 | $0.00 |
| 10 | Ironworkers Local #465 Heath &<br>General Unsecured 726 | $459.42 | $0.00 |

| | | | |
|---|---|---|---|
| 8 | Lake County Plasterers<br>General Unsecured 726 | $1,031.25 | $0.00 |
| 9 | Lake County Plasterers<br>General Unsecured 726 | $4,937.17 | $0.00 |
| 4 | Lake County Plasterers<br>General Unsecured 726 | $1,099.75 | $0.00 |
| 5 | Lake County Plasterers<br>General Unsecured 726 | $3,139.72 | $0.00 |
| 16 | Palatine Oil Co<br>General Unsecured 726 | $11,283.51 | $0.00 |
| 18 | Results One Financial LLC<br>General Unsecured 726 | $13,166.00 | $0.00 |
| 14 | Elmhurst Chicago Stone<br>General Unsecured 726 | $27,012.57 | $0.00 |
| 7 | Fox Valley Construction Workers<br>General Unsecured 726 | $921.25 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured claims | $ 17,984.90 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 19 | Gem Construction<br>Tardy General Unsecured 726 | $17,984.90 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/Penalties | $ 1,320.00 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 1A | Illinois Dept Of Employment Security Fines, Penalties 726 | $1,320.00 | $0.00 |
| 20 | Department of Treasury, Internal Revenue Service. Fines, Penalties 726 | $8,607.18 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 11 | Dept of Treasury, IRS. Centralized Insolvency, POB 21126. Philadelphia PA 19114 | $202,131.84 | Disallowed |
| Secured | 12 | Dept of Treasury, IRS. Centralized Insolvency. POB 21126. Philadelphia PA 19114 | $171,472.41 | Disallowed |

WHEREFORE. the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _7/1/08_  /s/ Brenda Porter Helms
Trustee

04-22555:67.1:Application for Compensation:Proposed Order Entered: 5/19/2008 1:40:42 PM by:Brenda Helms Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) NO. 04-22555
CRC INTERNATIONAL INC. ) HON. JOHN H. SQUIRES
) BANKRUPTCY JUDGE

### ORDER AWARDING COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AT WHEATON, ILLINOIS this _____ day of _____, 2008, before the Honorable John H. Squires, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING to the Court that Alan D. Lasko & Associates, P.C. has filed its Third Interim Application for Compensation and Reimbursement of Expenses; and it

APPEARING to the Court that due notice has been given and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that Alan D. Lasko & Associates, P.C. is awarded compensation in the amount of $890.80 and reimbursement of expenses in the amount of $14.65.

ENTERED: _____
United States Bankruptcy Judge

JUN 27 2008

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

04-22555.66.1:Application for Compensation:Proposed Order Entered: 5/19/2008 1:36:42 PM by:Brenda Helms Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 7 CASE |
| ) | |
| CRC INTERNATIONAL INC ) | CASE NO. 04-22555 |
| ) | |
| Debtor(s) ) | Hon. JOHN SQUIRES |
| ) | BANKRUPTCY JUDGE |
| ) | |

### ORDER AWARDING COMPENSATION AND EXPENSES
### AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $10,480.66 |
| 2. | Trustee's expenses | $84.80 |
| | TOTAL | $10,565.46 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2008.

ENTERED:

JUN 27 2008

*/s/ John H. Squires/*

UNITED STATES BANKRUPTCY JUDGE

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 04-22555 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CRC INTERNATIONAL INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7038 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8437 | | | |
| For Period Ending: | 10/14/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/04 | 1 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd<br>Bloomingdale IL 60108 | turnover of bank account | 1129-000 | 54,102.82 | | 54,102.82 |
| 09/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.62 | | 54,104.44 |
| 10/23/04 | 3 | Maggio Co.<br>567 W. Algonquin Rd<br>Mt. Prospect IL 60056 | account receivable | 1121-000 | 1,000.00 | | 55,104.44 |
| 10/23/04 | 3 | Bloomingdale Township<br>123 N. Rosedale Rd<br>Bloomingdale IL 60108 | account receivable | 1121-000 | 2,870.00 | | 57,974.44 |
| 10/29/04 | 2 | BANK OF AMERICA, N.A | Interest Rate 0.100 | 1270-000 | 4.62 | | 57,979.06 |
| 11/03/04 | 4 | Ford Motor Credit<br>P.O. Box 1106<br>Westmont IL 60559 | refund of overpayment | 1290-000 | 1,754.41 | | 59,733.47 |
| 11/03/04 | 10 | Royal Concrete | sale of business assets | 1129-000 | 28,000.00 | | 87,733.47 |
| 11/10/04 | 3 | Walter Daniels Construction Co.<br>6316 N. Northwest Hwy<br>Chicago IL 60631 | account receivable | 1121-000 | 3,240.00 | | 90,973.47 |
| 11/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.77 | | 90,980.24 |
| 12/31/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 7.71 | | 90,987.95 |
| 01/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 7.73 | | 90,995.68 |
| 02/28/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 17.45 | | 91,013.13 |
| 03/17/05 | 000101 | International Sureties Ltd<br>Suite 1700<br>210 Baronne St<br>New Orleans LA 70112 | Trustee bond | 2300-000 | | 68.33 | 90,944.80 |
| 03/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.32 | | 90,964.12 |
| 04/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 18.69 | | 90,982.81 |
| 05/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.32 | | 91,002.13 |
| 06/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 18.70 | | 91,020.83 |
| 07/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.32 | | 91,040.15 |
| 08/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.40 | | 91,086.55 |
| 09/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 44.92 | | 91,131.47 |
| 10/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.44 | | 91,177.91 |
| 11/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 44.96 | | 91,222.87 |
| 12/12/05 | 000102 | Midwest Bank<br>927 Curtiss Street<br>Downers Grove IL 60515 | copying costs | 2990-000 | | 25.00 | 91,197.87 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.47 | | 91,244.34 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 46.51 | | 91,290.85 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 65.03 | | 91,355.88 |
| 03/15/06 | 000103 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 65.99 | 91,289.89 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 77.57 | | 91,367.46 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 75.09 | | 91,442.55 |
| 05/31/06 | 2 | BANK OF AMERICA, NA | Interest Rate 1.000 | 1270-000 | 77.67 | | 91,520.22 |

Exhibit B

FFORM2a                                                                                                                    Ver 14-10a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-22555 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CRC INTERNATIONAL INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7038 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8437 | | | |
| For Period Ending: | 10/14/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/28/06 | | Transfer to Acct #*******1930 | Bank Funds Transfer | 9999-000 | | 50,000.00 | 41,520.22 |
| 06/29/06 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 68.84 | | 41,589.06 |
| 06/29/06 | | Transfer to Acct #*******1930 | Final Posting Transfer | 9999-000 | | 41,589.06 | 0.00 |

PFORM24 Ver. 14-1ca

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-22555 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CRC INTERNATIONAL INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1930 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8437 | | | |
| For Period Ending: | 10/14/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/06 | | Transfer from Acct #*******7038 | Bank Funds Transfer | 9999-000 | 50,000.00 | | 50,000.00 |
| 06/29/06 | | Transfer from Acct #*******7038 | Transfer In From MMA Account | 9999-000 | 41,589.06 | | 91,589.06 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 7.89 | | 91,596.95 |
| 07/14/06 | 000101 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountants fees | 3410-000 | | 4,319.10 | 87,277.85 |
| 07/14/06 | 000102 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountant expenses | 3420-000 | | 18.70 | 87,259.15 |
| 07/14/06 | 000103 | Alan D. Lasko & Associates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountant fees | 3410-000 | | 7,475.90 | 79,783.25 |
| 07/14/06 | 000104 | Alan D. Lasko & Associiates, P.C. 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | accountant expenses | 3420-000 | | 34.94 | 79,748.31 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 95.80 | | 79,844.11 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 88.16 | | 79,932.27 |
| 09/21/06 | 11 | Josephine Bavaro | PARTIAL SETTLEMENT OF ADVERSARY | 1241-000 | 35,000.00 | | 114,932.27 |
| 09/21/06 | 11 | Gennaro Parisi | PARTIAL SETTLEMENT OF ADVERSARY | 1241-000 | 15,000.00 | | 129,932.27 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 102.38 | | 130,034.65 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 193.28 | | 130,227.93 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 187.31 | | 130,415.24 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 193.83 | | 130,609.07 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 194.13 | | 130,803.20 |
| 02/14/07 | 000105 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 10,047.50 | 120,755.70 |
| 02/14/07 | 000106 | Springer Brown Cove Gaertner & Davis | attorneys expenses | 3220-000 | | 50.82 | 120,704.88 |
| 02/27/07 | 000107 | International Sureties, Ltd | bond premium | 2300-000 | | 129.87 | 120,575.01 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 171.73 | | 120,746.74 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 179.49 | | 120,926.23 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 173.94 | | 121,100.17 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 179.99 | | 121,280.16 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 174.44 | | 121,454.60 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 180.52 | | 121,635.12 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 180.79 | | 121,815.91 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 175.21 | | 121,991.12 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 140.88 | | 122,132.00 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 120.46 | | 122,252.46 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 124.60 | | 122,377.06 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 95.14 | | 122,472.20 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 48.52 | | 122,520.72 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 47.20 | | 122,567.92 |
| 04/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 40.19 | | 122,608.11 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 25.95 | | 122,634.06 |

PFORM24

Ver 14.14a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-22555 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CRC INTERNATIONAL INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1930 Money Market - Interest Bearing |

Taxpayer ID No: *******8437
For Period Ending: 10/14/08

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/27/08 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 21.79 | | 122,655.85 |
| 06/27/08 | | Transfer to Acct #*******7543 | Final Posting Transfer | 9999-000 | | 122,655.85 | 0.00 |

PFORM24

Ver: 14.10a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 04-22555 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name | CRC INTERNATIONAL INC | | Bank Name | BANK OF AMERICA, N.A |
| | | | Account Number / CD #: | ********7543 Checking - Non Interest |
| Taxpayer ID No | *******8437 | | | |
| For Period Ending | 10/14/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | - |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/08 | | Transfer from Acct #*******1930 | Transfer In From MMA Account | 9999-000 | 122,655.85 | | 122,655.85 |
| 07/01/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 10,480.66 | 112,175.19 |
| 07/01/08 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 84.80 | 112,090.39 |
| 07/01/08 | 001003 | Alan D. Lasko & Associates, P.C. | accountant fees | 3410-000 | | 890.80 | 111,199.59 |
| 07/01/08 | 001004 | Alan D. Lasko & Associates, P.C. | accountant expenses | 3420-000 | | 14.65 | 111,184.94 |
| 07/01/08 | 001005 | Laborer's Pension Fund<br>Amy Carollo - Office of Fund Counsel<br>111 W. Jackson #1415<br>Chicago IL 60604 | final distribution | 5400-000 | | 45,233.53 | 65,951.41 |
| 07/01/08 | 001006 | Department of Treasury - Internal Revenu Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia PA 19114 | final distribution | 4300-000 | | 65,951.41 | 0.00 |

Total Of All Accounts  0.00

PFORM2  Ver 1.4.10a